Brian Litmans (AK Bar No. 0111068)
Katherine Strong (AK Bar No. 1105033)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Email:  blitmans@trustees.org
        kstrong@trustees.org

*Attorneys for SalmonState, Alaska Center, Alaska Community Action on Toxics, Alaska Wilderness League, Cook Inletkeeper, Defenders of Wildlife, Friends of McNeil River, McNeil River Alliance, National Parks Conservation Association, National Wildlife Federation, Sierra Club, and Wild Salmon Center*

Jacqueline M. Iwata (*Pro Hac Vice* admission pending)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street, N.W., Suite 300
Washington, DC 20005
Phone: (202) 289-2377
Email:  jiwata@nrdc.org

Joel R. Reynolds (*Pro Hac Vice* admission pending)
NATURAL RESOURCES DEFENSE COUNCIL
1314 2nd Street
Santa Monica, CA 90401
Phone: (310) 434-2300
Email:  jreynolds@nrdc.org

*Attorneys for Natural Resources Defense Council*

Thomas S. Waldo (AK Bar No. 9007047)
Erin Whalen (AK Bar No. 1508067)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Phone: (907)586-2751
Email:  twaldo@earthjustice.org
        ewhalen@earthjustice.org

*Attorneys for Earthworks*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SALMONSTATE, *et al.*,

                Plaintiffs,

v.

CHRIS HLADICK, *et al.*,

                Defendants.

Case No. 3:19-cv-00267-SLG

**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Alaska Community Action on Toxics, The Alaska Center, Alaska Wilderness League, Cook Inletkeeper, Defenders of Wildlife, Earthworks, Friends of McNeil River, McNeil River Alliance, National Parks Conservation Association, National Wildlife Federation, Natural Resources Defense Council, Sierra Club, and Wild Salmon Center state that they do not have a parent corporation and that no publicly held corporation owns ten percent or more of their stock. SalmonState is an Alaska initiative of New Venture Fund. New Venture Fund has no parent company, no subsidiary or subordinate company, and no affiliate company. No publicly held company owns 10% or more of New Venture Fund stock, or any lesser portion of New Venture Fund stock.

PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT
*SalmonState, et al., v. Hladick, et al.* Case No. 3:19-cv-00267-SLG        Page 2

Respectfully submitted this 9th day of October, 2019,

*s/* Katherine Strong
Katherine Strong (AK Bar No. 1105033)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA

*Attorneys for SalmonState, Alaska Center, Alaska Community Action on Toxics, Alaska Wilderness League, Cook Inletkeeper, Defenders of Wildlife, Friends of McNeil River, McNeil River Alliance, National Parks Conservation Association, National Wildlife Federation, Sierra Club, and Wild Salmon Center*


*s/* Jacqueline M. Iwata (consent)
Jacqueline M. Iwata (*Pro Hac Vice* admission pending)
Joel R. Reynolds (*Pro Hac Vice* admission pending)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Natural Resources Defense Council*

*s/* Thomas S. Waldo (consent)
Thomas S. Waldo (AK Bar No. 9007047)
Erin Whalen (AK Bar No. 1508067)
EARTHJUSTICE

*Attorneys for Earthworks*

# CERTIFICATE OF SERVICE

I certify that on October 9, 2019, I caused a copy of the PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, and served defendants via certified U.S. Mail to:

Chris Hladick
Regional Administrator
U.S. EPA, Region 10
1200 Sixth Avenue, Suite 155
Seattle, WA 98101

Matthew Z. Leopold
General Counsel
U.S. EPA Headquarters
Mail Code: 2310A
William Jefferson Clinton Building
1200 Pennsylvania Avenue, N. W.
Washington, DC 20460

Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Civil Process Clerk
Office of the U.S. Attorney
Civil Division
District of Alaska, Anchorage office
222 West 7th Ave., Room 253 #9
Anchorage, AK 99501

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

    s/K. Strong
Katherine Strong (AK Bar No. 1105033)

PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT
*SalmonState, et al., v. Hladick, et al.* Case No. 3:19-cv-00267-SLG      Page 4