THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALMONSTATE, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>CHRIS HLADICK, *et al.*,<br><br>      Defendants. | Case No. 3:19-cv-00267-SLG<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE** |

Upon consideration of Plaintiffs' Motion to Consolidate, the Motion is GRANTED. This action shall be consolidated with *Bristol Bay Economic Development Corporation, et al. v. Hladick, et al.*, 3:19-cv-00265-TMB and *Trout Unlimited v. U.S. Environmental Protection Agency, et al.*, 3:19-cv-00268-JWS.

  DATED this ___ day of _____, 2019.

                _____

                UNITED STATES DISTRICT JUDGE