# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS HLADICK <br> U.S. Environmental Protection Agency, *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00265-SLG <br><br><br> **ORDER GRANTING MOTIONS TO CONSOLIDATE** |
| SALMON STATE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS HLADICK <br> U.S. Environmental Protection Agency, *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00267-SLG |
| TROUT UNLIMITED, <br><br> Plaintiff, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00268-SLG |

Plaintiff SalmonState filed a Motion to Consolidate at Docket 8 in Case No. 3:19-cv-00267, seeking to consolidate the three cases listed above into Case No. 3:19-cv-00265. And Plaintiff Trout Unlimited filed a Consent Motion to Consolidate in Case No 3:19-cv-00268 at Docket 12. The Federal Defendants have consented to the consolidation of the three cases at Docket 11 in Case No. 3:19-cv-00267, as have the Bristol Bay Plaintiffs in Case No. 3:19-cv-00265 at Docket 8.

Good cause being shown, IT IS ORDERED that the motions to consolidate are both GRANTED. All further filings shall be made in Case No. 3:19-cv-00265-SLG, and the case caption for these consolidated cases is amended as set forth above.

IT IS FURTHER ORDERED that the parties shall promptly meet and confer to discuss scheduling matters. Counsel for Plaintiffs Bristol Bay Development, et al., shall file a proposed scheduling order within 14 days of the date of this order. Alternatively, the parties may file a notice that the provisions of Local Civil Rule 16.3 shall apply to this case.

DATED this 22nd day of October, 2019 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:19-cv-00265-SLG, *Bristol Bay Economic Development Corporation, et al. v. Hladick, et al.*
Order re Motions to Consolidate
Page 2 of 2
Case 3:19-cv-00267-SLG   Document 13   Filed 10/23/19   Page 2 of 2